IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Harris, Mildred | Case Number:  04 B 06110 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/16/08 | Filed:  2/18/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  November 14, 2008

Confirmed:  June 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 42,212.50 | |
| Secured: | | 12,465.40 |
| Unsecured: | | 22,986.97 |
| Priority: | | 0.00 |
| Administrative: | | 4,455.20 |
| Trustee Fee: | | 2,256.62 |
| Other Funds: | | 48.31 |
| Totals: | 42,212.50 | 42,212.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 4,455.20 | 4,455.20 |
| 2. | ShoreBank | Secured | 0.00 | 0.00 |
| 3. | ShoreBank | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 12,465.40 | 12,465.40 |
| 5. | ECast Settlement Corp | Unsecured | 2,180.10 | 2,180.10 |
| 6. | ECast Settlement Corp | Unsecured | 417.70 | 417.70 |
| 7. | Resurgent Capital Services | Unsecured | 1,236.50 | 1,236.50 |
| 8. | Capital One Auto Finance | Unsecured | 10,201.34 | 10,201.34 |
| 9. | ECast Settlement Corp | Unsecured | 2,773.25 | 2,773.25 |
| 10. | Card Service Center | Unsecured | 3,567.26 | 3,567.26 |
| 11. | Nuvell Credit Company LLC | Unsecured | 2,610.82 | 2,610.82 |
| 12. | Peoples Energy Corp | Unsecured | 711.82 | 0.00 |
| 13. | Capital One | Unsecured | 471.17 | 0.00 |
| 14. | Capital One | Unsecured | 419.00 | 0.00 |
| 15. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 17. | Household | Unsecured | | No Claim Filed |
| | | | $ 41,509.56 | $ 39,907.57 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Harris, Mildred

Printed: 12/16/08

Case Number:  04 B 06110

Judge:  Goldgar, A. Benjamin

Filed:  2/18/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 79.50 |
| 6.5% | 191.24 |
| 3% | 33.76 |
| 5.5% | 185.62 |
| 5% | 168.76 |
| 4.8% | 374.40 |
| 5.4% | 1,135.78 |
| 6.6% | 87.56 |
| | $ 2,256.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

